Burgdorf v Betsy Ross Nursing & Rehabilitation Ctr., Inc.

2026 NY Slip Op 02593

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

JOSEPH D. BURGDORF, PLAINTIFF-APPELLANT,

v

BETSY ROSS NURSING AND REHABILITATION CENTER, INC., DOING BUSINESS AS BETSY ROSS NURSING AND REHABILITATION CENTER, YVETTE HULETT, JOEL P. AMIDON, M.D., HELEN NORINE, STEPHANIE HOWLAND, MICHELLE STEPHENS, SECURITY GUARD JANE ROE, MAINTENANCE RICHARD ROE, MAINTENANCE DEBBIE DOE, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS.

Decided on April 24, 2026

MOTION NO. (12/26) CA 23-01604.

Present: Whalen, P.J., Curran, Montour, And Greenwood, JJ. (Filed Apr. 24, 2026.)

[*1]

MEMORANDUM AND ORDER

Motion for reargument or leave to appeal to the Court of Appeals denied.